UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LINDA KUNDINGER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CARSURE, LLC, a Texas Limited Liability Company,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 17-CV-343-jdp<br>)<br>)<br>)<br>)<br>) |

## STIPULATION REGARDING VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each side to bear its own fees and costs.

Dated: May 1, 2018

By:   /s/Stephanie L. Dykeman
Stephanie L. Dykeman
**Litchfield Cavo LLP**
13400 Bishop's Lane, Suite 290
Brookfield, WI 53005-6224
Telephone: 262-784-8800
Facsimile: 262-784-8812
Email: dykeman@litchfieldcavo.com

Beth-Ann E. Krimsky
Jessica Alhalel
**Greenspoon Marder, LLP**
200 E. Broward Blvd, Suite 1800
Fort Lauderdale, FL 33309
Telephone: 954-5247-2427

By:   /s/ Bruce A. Schultz
Bruce A. Schultz
**Coyne, Schultz, Becker & Bauer, S.C.**
150 East Gilman Street, Suite 1000
Madison, WI 53703
Telephone: 608-255-1388
Facsimile: 608-255-8592
Email: bschultz@cnsbb.com

Andrew B. Miller
Jacob M. O'Brien
**Starr Austen & Miller, LLP**
201 South Third Street
Logansport, IN 46947
Telephone: 574-722-6676

| | |
|---|---|
| Facsimile: 954-333-4027<br>Email: beth-ann.krimsky@gmlaw.com<br>jessica.alhalel@gmlaw.com<br><br>ATTORNEYS FOR DEFENDANT<br>CARSURE, LLC | Facsimile: 574-753-3299<br>Email: miller@starrausten.com<br>Obrien@starrausten.com<br><br>Adam J. Levitt<br>Amy E. Keller<br>Adam Prom<br>**Dicello Levitt & Casey LLC**<br>Ten North Dearborn Street, 11th Floor<br>Chicago, IL 60602<br>Telephone: 312-214-7900<br>Email: alevitt@dlcfirm.com<br>akeller@dlcfirm.com<br>aprom@dlcfirm.com<br><br>ATTORNEYS FOR PLAINTIFF<br>LINDA KUNDINGER |

**SO ORDERED.**

Dated _____

_____
Stephen L. Crocker
United States Magistrate Judge

2